**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF WASHINGTON

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this an amended filing

---

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/15

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---------|-------------------|

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| **1.** | **Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Dimitrios**<br>First name<br><br>**Georgios**<br>Middle name<br><br>**Marinakis**<br>Last name and Suffix (Sr., Jr., II, III) | **Tami**<br>First name<br><br>**Charlene**<br>Middle name<br><br>**Marinakis**<br>Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years**<br>Include your married or maiden names. | **Demetri Marinakis** | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-6152 | xxx-xx-5231 |

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

**About Debtor 1:**

■ I have not used any business name or EINs.

Business name(s)
_____

EINs
_____

**About Debtor 2 (Spouse Only in a Joint Case):**

■ I have not used any business name or EINs.

Business name(s)
_____

EINs
_____

**5. Where you live**

**9111 143rd Ave SE**
**Newcastle, WA 98059**
Number, Street, City, State & ZIP Code

**King**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

If Debtor 2 lives at a different address:

_____
Number, Street, City, State & ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

_____

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

_____

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8.** **How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| District _____ | When _____ | Case number _____ |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No

☐ Yes.

| Debtor _____ | | Relationship to you _____ |
|---|---|---|
| District _____ | When _____ | Case number, if known _____ |
| Debtor _____ | | Relationship to you _____ |
| District _____ | When _____ | Case number, if known _____ |

**11.** **Do you rent your residence?**

■ No.  Go to line 12.

☐ Yes.  Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Case 16-13338-TWD    Doc 1    Filed 06/23/16    Ent. 06/23/16 16:19:32    Pg. 3 of 22

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No.   Go to Part 4.

☐ Yes.   Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐   None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).*

☐ No.   I am not filing under Chapter 11.

☑ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes.   What is the hazard?   _____

If immediate attention is needed, why is it needed?   _____

Where is the property?   _____

_____
Number, Street, City, State & Zip Code

Case 16-13338-TWD   Doc 1   Filed 06/23/16   Ent. 06/23/16 16:19:32   Pg. 4 of 22

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

You must check one:

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

You must check one:

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Case 16-13338-TWD     Doc 1     Filed 06/23/16     Ent. 06/23/16 16:19:32     Pg. 5 of 22

| **Part 6:** | Answer These Questions for Reporting Purposes |
|---|---|

**16.** What kind of debts do you have?

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts _____

**17.** Are you filing under Chapter 7?

■ No. I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18.** How many Creditors do you estimate that you owe?

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19.** How much do you estimate your assets to be worth?

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20.** How much do you estimate your liabilities to be?

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| **Part 7:** | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Dimitrios Georgios Marinakis**

**Dimitrios Georgios Marinakis**
Signature of Debtor 1

Executed on **June 23, 2016**
MM / DD / YYYY

**/s/ Tami Charlene Marinakis**

**Tami Charlene Marinakis**
Signature of Debtor 2

Executed on **June 23, 2016**
MM / DD / YYYY

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

| | | |
|---|---|---|
| **/s/ Brett L. Wittner** | Date | **June 23, 2016** |
| Signature of Attorney for Debtor | | MM / DD / YYYY |

**Brett L. Wittner**
Printed name

**Kent & Wittner, P.S.**
Firm name

**6706 24th St W**
**Suite A**
**Tacoma, WA 98466**
Number, Street, City, State & ZIP Code

Contact phone **253-473-7200**          Email address

**27657**
Bar number & State

**Fill in this information to identify your case:**

| Debtor 1 | **Dimitrios Georgios Marinakis** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Tami Charlene Marinakis** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF WASHINGTON | | |
| Case number (if known) | _____ | | |

☐ Check if this is an amended filing

## B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**Unsecured claim**

**1**

**ACS Financial LLC**
**PO Box 55849**
**Seattle, WA 98155**

What is the nature of the claim? | **Colletions for Windermere Property Management** | $ **$15,467.99**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
     Value of security:    - $ _____
     Unsecured claim    $ _____

_____
Contact
_____
Contact phone

**2**

**Ahlers & Cressman, LLC**
**999 Third Ave., Suite 3800**
**Seattle, WA 98104**

What is the nature of the claim? | **Attorney fees** | $ **$10,098.76**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)    $ _____

_____
Contact

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor 1 | **Dimitrios Georgios Marinakis** | Case number (if known) | |
|---|---|---|---|
| Debtor 2 | **Tami Charlene Marinakis** | | |

☐

Value of security: - $ _____

Unsecured claim $ _____

Contact phone _____

---

**3**

**Bank of America**
**PO Box 982235**
**El Paso, TX 79998-2235**

**What is the nature of the claim?** **Consumer credit** $ **$11,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured) $ _____
Value of security: - $ _____
Contact _____
Unsecured claim $ _____
Contact phone _____

---

**4**

**Bank of America**
**PO Box 982235**
**El Paso, TX 79998-2235**

**What is the nature of the claim?** **Consumer credit** $ **$31,500.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured) $ _____
Value of security: - $ _____
Contact _____
Unsecured claim $ _____
Contact phone _____

---

**5**

**Barokas, Martin & Tomlinson**
**1422 Bellevue Avenue**
**Seattle, WA 98122**

**What is the nature of the claim?** **Attorney fees** $ **$14,017.24**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured) $ _____
Value of security: - $ _____
Contact _____
Unsecured claim $ _____
Contact phone _____

---

**6**

**Custom Plus Distributing, Inc.**
**4310 B Street NW**
**Auburn, WA 98001**

**What is the nature of the claim?** **Personal guarantee for Seattle Jewelry & Loan, Inc. vendor.** $ **$21,961.19**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent

---

B 104 (Official Form 104)   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   Page 2

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)  $ _____
       Value of security:     - $ _____
       Unsecured claim      $ _____

Contact _____

Contact phone _____

---

**7**

**Dorsey & Whitney, LLP**
**50 South 6th St. #1500**
**Minneapolis, MN 55402**

**What is the nature of the claim?** _____ $ **$5,433.75**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)  $ _____
       Value of security:     - $ _____
       Unsecured claim      $ _____

Contact _____

Contact phone _____

---

**8**

**Emmanual and Rebecca**
**Marinakis**
**c/o Anderson Hunter Law Firm**
**2707 Colby Ave. Suite 1001**
**Everett, WA 98201**

**What is the nature of the claim?** **Judgment** $ **$107,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)  $ _____
       Value of security:     - $ _____
       Unsecured claim      $ _____

Contact _____

Contact phone _____

---

**9**

**IRS**
**PO Box 7346**
**Philadelphia, PA 19101**

**What is the nature of the claim?** _____ $ **$320,831.51**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)  $ _____
       Value of security:     - $ _____
       Unsecured claim      $ _____

Contact _____

Contact phone _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**10**

**Merchants Credit**
**2245 152nd NE**
**Redmond, WA 98052**

What is the nature of the claim?     **Collections for Proliance Highlands Surgery and Mazzarella 1, LLC**    $ **$20,000.00**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

Does the creditor have a lien on your property?
- ☒ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  - Value of security:    - $ _____
  - Unsecured claim    $ _____

Contact _____

Contact phone _____

---

**11**

**Navitas Lease Corp.**
**814 Highway A1A N., #205**
**Ponte Vedra Beach, FL 32082**

What is the nature of the claim?     **Judgment**    $ **$87,069.06**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

Does the creditor have a lien on your property?
- ☒ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  - Value of security:    - $ _____
  - Unsecured claim    $ _____

Contact _____

Contact phone _____

---

**12**

**Premier Financial Services**
**47 Sherman Hill Road**
**Woodbury, CT 06798**

What is the nature of the claim?     _____    $ **$87,315.62**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

Does the creditor have a lien on your property?
- ☒ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  - Value of security:    - $ _____
  - Unsecured claim    $ _____

Contact _____

Contact phone _____

---

**13**

**St. Thomas School**
**8300 NE 12th Street**
**Medina, WA 98039**

What is the nature of the claim?     **Tuition**    $ **$45,049.31**

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)  $ _____

Contact

Contact phone

Value of security:  - $ _____
Unsecured claim  $ _____

---

**14**

**State of Washington Department of L&I PO Box 44171 Olympia, WA 98504**

**What is the nature of the claim?** _____  $ **$34,542.81**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)  $ _____

Contact

Contact phone

Value of security:  - $ _____
Unsecured claim  $ _____

---

**15**

**State of Washington Department of Revenue PO Box 44171 Olympia, WA 98504**

**What is the nature of the claim?** _____  $ **$137,648.75**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)  $ _____

Contact

Contact phone

Value of security:  - $ _____
Unsecured claim  $ _____

---

**16**

**Vital Recovery Services, LLC PO Box 923747 30010-3747**

**What is the nature of the claim?**  **Collections for Porsche Financial Services**  $ **$19,669.50**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)  $ _____

Contact

Contact phone

Value of security:  - $ _____
Unsecured claim  $ _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

---

**17**

**Wallace/Scott Ltd Partnership
c/o Loeffler Law Group, PLLC
500 Union Street, Suite 1025
Seattle, WA 98101**

What is the nature of the claim?     **Judgment**     $ **$80,000.00**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)     $ _____
Value of security:     - $ _____
Unsecured claim     $ _____

Contact

Contact phone

---

**18**

**Washington Trust Bank
Bellevue Commercial Banking
10500 NE 8th St., Ste. 1100
Bellevue, WA 98004**

What is the nature of the claim?     **Jewelry in possession
of Washington Trust
Bank including 2
watches, 3 rings and 1
necklace.**     $ **$673,425.00**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

☐ No
■ Yes. Total claim (secured and unsecured)     $ **$691,425.00**
Value of security:     - $ **$18,000.00**
Unsecured claim     $ **$673,425.00**

Contact

Contact phone

---

**19**

**Weltman, Weinberg & Reis
PO Box 93596
Cleveland, OH 44101**

What is the nature of the claim?     **Collections for TD
Auto Finance LLC**     $ **$4,140.45**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)     $ _____
Value of security:     - $ _____
Unsecured claim     $ _____

Contact

Contact phone

---

**20**

**Zwicker & Associates, P.C.**

What is the nature of the claim?     **Judgment and
collections for
American Express**     $ **$34,590.09**

---

B 104 (Official Form 104)     For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     Page 6

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor 1 | **Dimitrios Georgios Marinakis** | Case number *(if known)* | |
|---|---|---|---|
| Debtor 2 | **Tami Charlene Marinakis** | | |

**80 Minuteman Road**
**Andover, MA 01810-1008**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

_____

**Does the creditor have a lien on your property?**

_____

Contact

_____

Contact phone

- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  - Value of security:    - $ _____
  - Unsecured claim    $ _____

---

**Part 2:**    **Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X   **/s/ Dimitrios Georgios Marinakis**
_____

**Dimitrios Georgios Marinakis**
Signature of Debtor 1

Date   **June 23, 2016**
_____

X   **/s/ Tami Charlene Marinakis**
_____

**Tami Charlene Marinakis**
Signature of Debtor 2

Date   **June 23, 2016**
_____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of Washington

In re  **Dimitrios Georgios Marinakis**
        **Tami Charlene Marinakis**

Debtor(s)

Case No. _____

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  **June 23, 2016**

**/s/ Dimitrios Georgios Marinakis**
**Dimitrios Georgios Marinakis**
Signature of Debtor

Date:  **June 23, 2016**

**/s/ Tami Charlene Marinakis**
**Tami Charlene Marinakis**
Signature of Debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

AAI
8668 SPRING MOUNTAIN RD.
LAS VEGAS, NV 89117


ACS FINANCIAL LLC
PO BOX 55849
SEATTLE, WA 98155


AFNI
PO BOX 3517
BLOOMINGTON, IL 61702


AHLERS & CRESSMAN, LLC
999 THIRD AVE., SUITE 3800
SEATTLE, WA 98104


ALASKA USA FCU
PO BOX 196613
ANCHORAGE, AK 99519


AMERICAN EXPRESS
4315 SOUTH 2700 WEST
MAIL CODE 02-01-47
SALT LAKE CITY, UT 84184


AMIN RECOVERY, LLC
45 EARHART DR., STE. 102
BUFFALO, NY 14221


AT&T MOBILITY
PO BOX 55126
BOSTON, MA 02205


AUDIT AND ADJUSTMENT CO. INC.
PO BOX 1959
LYNNWOOD, WA 98046


BANK OF AMERICA
PO BOX 982235
EL PASO, TX 79998-2235


BANK OF AMERICA
PO BOX 982235
EL PASO, TX 79998-2235

BANK OF AMERICA
PO BOX 15855
WILMINGTON, DE 19850


BAROKAS, MARTIN & TOMLINSON
1422 BELLEVUE AVENUE
SEATTLE, WA 98122


BELLEVUE FALSE ALARM
PO BOX 740664
LOS ANGELES, CA 90074


BOICE LAW FIRM, LLC
708 BROADWAY, STE. 104
TACOMA, WA 98402


BRENNAN & CLARK, LTD.
721 E. MADISON #200
VILLA PARK, IL 60181


CAINE & WEINER
PO BOX 5010
WOODLAND HILLS, CA 91365


CHASE MORTGAGE
PO BOX 24696
COLUMBUS, OH 43224


CHUBB GROUP OF INSURANCE
PO BOX 7247-0180
PHILADELPHIA, PA 19170-0180


CITY OF FEDERAL WAY
PHOTO ENFORCEMENT PROGRAM
PO BOX 742503
CINCINNATI, OH 45274


CONDOMINIUM LAW GROUP, PLLC
10310 AURORA AVE. N
SEATTLE, WA 98133


CREDIT CONTROL, LLC
PO BOX 546
HAZELWOOD, MO 63042

CUSTOM PLUS DISTRIBUTING, INC.
4310 B STREET NW
AUBURN, WA 98001


DIVERSIFIED CONSULTANTS, INC.
PO BOX 1391
SOUTHGATE, MI 48195


DORSEY & WHITNEY, LLP
50 SOUTH 6TH ST. #1500
MINNEAPOLIS, MN 55402


DR. JASON S. KOH, DDS
1520 B DUVALL AVE. NE
RENTON, WA 98059


EMMANUAL AND REBECCA MARINAKIS
C/O ANDERSON HUNTER LAW FIRM
2707 COLBY AVE. SUITE 1001
EVERETT, WA 98201


ERC
PO BOX 23870
JACKSONVILLE, FL 32241


FMA ALLIANCE, LTD.
PO BOX 2409
HOUSTON, TX 77252


HIGHLANDS AT NEWCASTLE HOA
C/O BEST MANAGEMENT CO.
PO BOX 938
KIRKLAND, WA 98083


IMPACT LAW GROUP
1325 4TH AVENUE, SUITE 1400
SEATTLE, WA 98101


IRS
PO BOX 7346
PHILADELPHIA, PA 19101


MANZANO LANDSCAPING, INC.
25852 189TH AVE. SE
KENT, WA 98042

MARK D. NORTHRUP
MILLER NASH GRAHAM & DUNN, LLP
2801 ALASKAN WAY, SUITE 300
PIERE 70
SEATTLE, WA 98121


MERCANTILE ADJUSTMENT BUREAU
PO BOX 9055
BUFFALO, NY 14231


MERCHANTS CREDIT
2245 152ND NE
REDMOND, WA 98052


MIDLAND FUNDINGS, LLC
PO BOX 60578
LOS ANGELES, CA 90060


NATIONAL ENTERPRISE SYSTEMS
2479 EDISON BLVD., UNIT A
TWINSBURG, OH 44087


NAVITAS LEASE CORP.
814 HIGHWAY A1A N., #205
PONTE VEDRA BEACH, FL 32082


NORTHLAND GROUP
PO BOX 390846
MINNEAPOLIS, MN 55439


PEDIATRIC ASSOCIATES INC.
14711 NE 29TH PL. STE. 225
BELLEVUE, WA 98007


PENN CREDIT
PO BOX 988
HARRISBURG, PA 17108


PHILLIP L. THORESON
410 EAST DENNY WAY, SUITE 123
SEATTLE, WA 98122


PREMIER FINANCIAL SERVICES
47 SHERMAN HILL ROAD
WOODBURY, CT 06798

PUGET SOUND ALARM, INC.
17555 15THAVE. NE
SEATTLE, WA 98155


RENTON COLLECTIONS, INC.
211 MORRIS AVE. SOUTH
RENTON, WA 98057


S&M FITNESS & MARTIAL ARTS LLC
C/O JOHN STAAB
810 SW 34TH ST. STE. C
SEATTLE, WA 98057


SCOTT ANDERS
C/O JORDAN RAMIS, PC
TWO CENTERPOINTE DR. 6TH FL.
LAKE OSWEGO, OR 97035


SELENE FINANCE
9990 RICHMOND AVENUE
SUITE 400 SOUTH
HOUSTON, TX 77042


SMALL BUSINESS ADMINISTRATION
801 R STREET SUITE 101
FRESNO, CA 93721


SOUTHWEST SUBURBAN SEWER DIST.
431 SW AMBAUM BLVD.
SEATTLE, WA 98166


ST. THOMAS SCHOOL
8300 NE 12TH STREET
MEDINA, WA 98039


STATE COLLECTION SERVICE, INC.
PO BOX 6250
MADISON, WI 53716


STATE OF WASHINGTON
DEPARTMENT OF L&I
PO BOX 44171
OLYMPIA, WA 98504

STATE OF WASHINGTON
DEPARTMENT OF REVENUE
PO BOX 44171
OLYMPIA, WA 98504


SYNCHRONY BANK
BANKRUPTCY DEPARTMENT
PO BOX 965061
ORLANDO, FL 32896


TD AUTO FINANCE
PO BOX 9223
FARMINGTON, MI 48333


VALLEY EMPIRE COLLECTION
8817 E. MISSION AVE. STE. 101
SPOKANE, WA 99212


VALLEY MEDICAL CENTER
PO BOX 35152
SEATTLE, WA 98124


VERIZON
PO BOX 1548
LYNNWOOD, WA 98046


VITAL RECOVERY SERVICES, LLC
PO BOX 923747
30010-3747


WALLACE/SCOTT LTD PARTNERSHIP
C/O LOEFFLER LAW GROUP, PLLC
500 UNION STREET, SUITE 1025
SEATTLE, WA 98101


WASHINGTON TRUST BANK
BELLEVUE COMMERCIAL BANKING
10500 NE 8TH ST., STE. 1100
BELLEVUE, WA 98004


WELTMAN, WEINBERG & REIS
PO BOX 93596
CLEVELAND, OH 44101

WINDERMERE PROPETY MANAGEMENT
615 EASTLAKE AVE. E.
SEATTLE, WA 98109


ZION'S FIRST NATIONAL BANK
ONE SOUTH MAIN ST.
SALT LAKE CITY, UT 84133


ZWICKER & ASSOCIATES, P.C.
80 MINUTEMAN ROAD
ANDOVER, MA 01810-1008